IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02467-GPG

LETECIA STAUCH,

    Plaintiff,

v.

EL PASO COUNTY, Official Capacity,
L. STENGLE,
R. SNIPE,
WELLPATH, and
TRINITY FOOD SERVICES,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED September 28, 2022.

                                                           BY THE COURT:

                                                           s/ Gordon P. Gallagher
                                                           United States Magistrate Judge