IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02467-SKC

Letecia Stauch,

Plaintiff,

v.

El Paso County,
L. Stengle,
R. Snipe,
Wellpath and,
Trinity Food Services,

Defendants.

---

**EL PASO COUNTY DEFENDANTS MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONIVE PLEADING**

---

Defendants L. Stengle, R. Snipe and El Paso County (collectively, "El Paso County Defendants") through the Office of the El Paso County Attorney, hereby move pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend their time to file an answer or responsive pleading to the Complaint by thirty (30) days, stating as follows:

1. Plaintiff asserts claims pursuant to 42 U.S.C. § 1983 against the County Defendants. Plaintiff's claim relates to alleged violation of her First Amendment-protected right to a religious diet while she is incarcerated in the El Paso County Jail.

2. Plaintiff filed a Complaint on September 22, 2022.

3. On September 29, 2022, the El Paso County Attorney's Office waived service for the El Paso County Defendants.

4. County Defendants' answer or other responsive pleading for the El Paso County Defendants is currently due on November 28, 2022. *See* Fed. R. Civ. P. 4(d)(3).

5. Both L. Stengle and R. Snipe are no longer employed by El Paso County and scheduling initial client meetings with these two Defendants has proven difficult.  The initial client meeting with R. Snipe is scheduled for the afternoon of November 28. 2022.

6. Undersigned Counsel is currently retained to represent various El Paso County Defendants on another federal case whose oral argument on motions was scheduled on October 11, 2022. Undersigned Counsel was also out of the office and unavailable over the Thanksgiving Holiday and during a vacation scheduled prior to Plaintiff filing the complaint.

7. Good cause supports the extension of County Defendants' deadline to answer or otherwise respond to the Complaint for an additional thirty (30) days, up to and including Wednesday, December 28, 2022.  The El Paso County Defendants intend to file a Motion to Dismiss Plaintiff's Complaint on several grounds, including failure to state a claim and qualified immunity.

8. Undersigned counsel for the El Paso County Defendants certifies that this motion has been served upon their respective clients.

WHEREFORE, County Defendant respectfully requests that this Court issue an order granting their motion and extending their time to answer or otherwise respond to the Complaint until Wednesday, December 28, 2022.

Respectfully submitted this 28th day of November 2022.

By: s/ *Chris Strider*
Chris Strider, # 51124
Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485 (Main Office Line)
(719) 520-7264 (Office)
(719) 627-1586 (Mobile)
Email: chrisstrider@elpasoco.com

*Attorney for El Paso County Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 28, 2022, a true copy of the foregoing Motion for an Extension of Time to File a Responsive Pleading was filed through PACER and served on Plaintiff via U.S. mail and hand delivery at:

Letecia Stauch
CJC #A0342156
El Paso County Criminal Justice Center
2739 E. Las Vegas St.
Colorado Springs, CO 80906

                                                    *s/ Stacey Potts*
                                                    Paralegal