Letecia Stauch
  Plantiff,

Civil Action No.
   22-CV-02467-SKC

V.

El Paso County, Official Capacity
L. Stengle
R. Snipe
WellPath
Trinity Food Services
     Defendants,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 01 2023

JEFFREY P. COLWELL
                CLERK

## General Request to Add to Claim One

After filing claim one in the United States District Court for the District of Colorado, El Paso County and Trinity Food Services has continued to intentionally interfere with my right to free exercise. This is not an isolated act of negligence as I have stated in my complaint packet nor were they incidental. I have included additional constitutional injury.

<u>9-27-2022</u> - Served non-Kosher for dinner (Deputy Sacket and Deputy Keith on shift) Both tried to correct the issue. Trinity denied.

Civil Action No. 22-CV-02467-SKC ②

10-12-2022- Kosher (hot meal) was incorrect/opened, contaiminated; I was told I told that I could eat a regular tray (Violation of our signed agreement). I did not and followed the formal grievance policy to demonstrate once again that this was not an isolated event.

10-13-2022- Court transport does not provide Kosher meals but instead offers regular lunches- El Paso County is aware that this is a violation of the signed religious agreement and a violation of Jewish customs. I have made the jail aware of these injuries. All Jewish inmates are refused a Kosher meal on days that they have court.

10-18-2022- Trinity did not send hot meals for the Kosher diets. Deputy Cooper documented how Trinity continues to violate diets.

10-19-2022- We were told our Koshers were suddenly canceled without explanation and we had regular trays with our names on them. "We" refers to Kosher inmates. I kept my stickers from the kitchen as evidence and once again followed the formal grievance policy with El Paso County and Trinity. This occured again on 11-8-2022. Deputy Cooper wrote more reports to document.

Civil Action No.
22-CV-02467-SKC

<u>12-10-2022</u>
A "shakedown" was conducted in the female ward that I was housed. I along with 2 other Jewish inmates explained to the deputy that it was our Sabbath and our fast was ending and we had just received our dinner and had not prayed over it. The <u>search of the ward took approximately 2 hours</u>. To our surprise, we were told that we could not fast and that our Kosher meals were thrown away by staff. SSGT Delong was notified by the deputy on shift to correct the issue since we were exercising our right to religion. Inmate Miller and I were told "He is not going to correct the issue, replace the meals, does not care about Jewish culture, and has been here since 4am!" This is not an accident, but continues to happen if a Jewish inmate participates in fasting from sun-up to sundown for Shabbat. The jail does have a policy about consuming food within 20 minutes but cannot deny fasting that <u>is part of a Jewish custom on our Sabbath</u>. This violates Free Exercise of Religion.

<u>12-31-2022</u> The facility conducted another "shakedown" in our female ward around 2:30 pm. I once again explained that it was our Sabbath and I was fasting until sundown (Jewish) to

Civil Action No.
22-CV-02467-SKC

Deputy T. Marshall and not to dispose of my saved food items to include cereal, fruit, peanut butter and jelly. I had condensed the items from fasting in a paper bag and placed the fruit in a resealable bag. Approximately 15 minutes later he approached my cell and began to read me my Miranda Rights accusing me of manufactoring a drug with the fruit from breakfast (saying it was fermented). I explained to him that this was ludicrous and the fruit was from breakfast for fasting and I was being charged for being Jewish on our Sabbath. I even asked him to review the camera's to verify that I made coffee creamer with butterscotch and saved my breakfast and lunch when I was on my out time to show I was fasting and why I had the items. Instead I was told that I was not allowed to fast at CJC and Mr. Marshall charged me with an in house write up of Manufacturing a drug. I asked to speak to several SSGT to explain that I was following a Jewish custom of fasting until sundown. I was told by a SSGT that there are consequences for practicing my religion and I needed to do it when I got my own apartment. I have witness statements to corroborate this. I was placed in housing known as "the hole" or

Civil Action No.
22-CV-02467-SKC

Solitary confinement for being Jewish. I was later found Not Guilty of the charges at the hearing board because they were frivolous and because I was practicing my religion. The hearing officer was able to review the camera footage and determine that I had not broken any rules. I followed all grievance policies and exhausted all remedies explaining how this was not an accident but instead retaliation for asserting my rights and the culture that has been created at El Paso County Jail to disrespect our Jewish beliefs and punish us for our faith. In fact, as a result of Deputy Marshall's actions (falling in line with CJC's culture) I was removed from my housing by inmate classification for being Jewish [and found not guilty] and exposed to the following that I wouldn't have otherwise due to housing location 1) inmate deaths 2) severe mental health and PREA Inmates 3) Security risk, etc. 4) I was removed from law library

I explain this to establish the culture of hostility towards Jews at El Paso County Jail from meals to housing in which we cannot exercise our right to religion. A clear cut definition of anti-Semitism.



El Paso County has continued to consciously interfere with my constitutional rights when they were made aware of issues and did not correct them. Instead they created a culture with Trinity and/or staff to impose restrictions, terminations, or false reporting to decrease the number of Kosher meals. This is a widespread practice that although not authorized by law, it is so permanent at El Paso County Jail as to constitute a "custom". It is also supported and caused by individuals with final-policy making authority. In addition, due to asserting my rights an additional "custom" of retaliation now exist.

Latecia Stark
01-30-2023

# Culture/Custom of Trinity & El Paso County

## 1st & 14th Amendment Violations

1) Complete disrespect/disregard to Jewish practices, beliefs and cultures. Anti-Semitism

2) No Rabbi, no prayer over foods, improper packaging, open hot meals, + contamination

3) Serve non-kosher items to include but not limited to: items processed around pork, items w/o kosher labels, food not wrapped properly

4) Refusal to serve Jewish inmates during court transport

5) Ending/stopping Koshers of inmates with allergies

6) Deny inmates adequate time to pray over food, follow customs, sabbath, etc.

Trinity has responded that their is no policy or custom violation on behalf of their organization. I have included a summary of the custom among El Paso County and Trinity.

7) Denying the right to fast on the Sabbath [Sun up to sundown]

## Kosher Inmates

1. Letecia Stauch a#034256 — Letecia Stauch
2. Cara Miller A#052287 — Cara Miller
3. [signature]
4. DG — Darlene Griffith
5.