FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 15 2023
JEFFREY P. COLWELL
CLERK

1:22-CV-02467-SKC

US District Court - District of Colorado     (1)

   Thank you for sending the letter to Denver Women's Correctional Facility. I did not inform the court of an address change because I was in processing for 25 days due to mental health instead of the regular 7 day process.

   I did not request leave to add a defendant. I was asked that in our conference call and I stated that I was not adding a defendant. I only submitted a request to add to claim 1. However, I was not able to do that because I was in trial for 7 weeks and did not have any access to the law library or any resources. I wrote the court and explained this and said I wanted to resume without amending the claim. I later received a document saying that the request to add to claim 1 was denied; therefore I assumed the court received my letter. I was under the assumption that I did comply with court orders because I asked the court to proceed without amending the claim based on my original claim. I also considered the response to El Paso County to be the same to Trinity as I explained I was denied law library at CJC/El Paso and could not get

1-22-CV-02467-SKC

②

any legal forms. However, I did not respond to WellPath because I never received their response originally. The Criminal Justice Center consistently interfered with my mail and communication.
 I ask the court to move forward with the original claim as I did not amend it. I also do not have access to a Law Library at Denver Women's (because I am a mental health offender classification) and I am housed at residential treatment instead. Without any access at CJC or currently, my response to Trinity is the same as El Paso. Finally, I ask the court to update my address to the address listed.

Letecia Stauch #197179
DWCF PO Box 392005
Denver, CO 80239

Submitted June 12, 2023

Respectfully,
Letecia Stauch



DENVER CO 802

13 JUN 2023 PM 8 L

U.S. District Court - District (Colorado)
Alfred A Arraj Courthouse
901-19th St., Room A105
Denver, CO 80294-3589

80294-250151

**Colorado Department Of Corrections**
Name  Leticia Stauch
Register Number  197177
Unit  DWCF
Box Number  392005
City, State, Zip  Denver, CO 80239