

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19TH STREET, ROOM A105
DENVER, COLORADO 80294-3589

UNITED STATES DISTRICT COURT
DENVER, OFFICIAL BUSINESS

F I L E D
JAN 02 2024
JEFFREY P. COLWELL
CLERK

RETURN TO SENDER
___ DOC# is required
___ DOC / Name do not match
___ Released from Custody

x_inter.s.com

SPECIDENVER CO 802
OPEN DO IN 2023
IN THE PRESENCE OF THE
INMATE

22-CV-02467-SKC #51 #52

quadient
FIRST-CLASS MAIL
IMII
$000.63°
12/18/2023 ZIP 80294
043M31245131

US POSTAGE