

Returned mail envelope from United States Magistrate Judge, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294-3589, addressed to Lateria Smith #197199, Denver Women's Correctional Facility (DWCF), P.O. Box 392005, Denver, CO 80239. Stamped "RETURN TO SENDER — DOC# is required do not match — DOC#/Name from Custody — Released". Filed stamp: United States District Court, Denver, Colorado, JAN 29 2024, Jeffrey P. Colwell, Clerk. Case 22-cv-2467-SKC, #54.