**UNITED STATES MAGISTRATE JUDGE**
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ UNITED STATES COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802
6 FEB 2024 PM 2
31 JAN 2024 PM 9

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

quadient
FIRST-CLASS MAIL
IMI
$000.64
01/31/2024 ZIP 80294
043M31245131
US POSTAGE

Not Here

22cv2467SKC

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 09 2024
JEFFREY P. COLWELL
CLERK

55

RETURN TO SENDER
- DOC # is Required
- DOC #/Name do not match
- Released from Custody

**NOT HERE**

Letecia Stauch
#197179
~~Denver Women's Correctional Facility~~
~~P.O. Box 392005~~
~~Denver, CO 80239~~