**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802
6 FEB 2024 PM 2 L
SPECIAL MAIL CO 802
OPEN ONLY IN THE 30 JAN 2024 PM 8 L
PRESENCE OF THE
INMATE

quadient
FIRST-CLASS MAIL
IMI
$000.64
01/30/2024 ZIP 80294
043M31245131
US POSTAGE

Gone

22cv2467SKC

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 20 2024

JEFFREY P. COLWELL
CLERK

56

RETURN TO SENDER
☐ DOC # is Required
☐ DOC #/Name do not match
☐ Released from Custody
☑ **NOT HERE**

Letecia Stauch
#197179
Denver Women's Correctional Facility (DWCF)
P.O. Box 392005
Denver, CO 80239