U.S. District Court, 2/28/2024 ①

District of Colorado, I mailed the Court in Aug. 2023 letting the Court know that I was in Kansas Dept. of Corrections. I have had several issues receiving mail and sending out mail in Kansas. In fact, I had to file a Civil Action Habeas Corpus in Shawnee County Court in Kansas for denying me access to the courts in Colorado, interfering with my legal mail, and for being illegally detained in Kansas due to this issue. I am on an Interstate Corrections Compact and due to security reasons the information that I sent to the Court a secondary way was not accepted. I received a letter from The Department of Corrections in Colorado on 2/28/2024 via Certified mail once they learned of my Habeas and lack of access to the courts and legal mail issues. The article number 7018 1830 0000 8041 6935 required my signature; therefore, KDOC could not hide or block this letter. It included a letter from the U.S. District Court in Colorado saying I had a deadline of 2/29/2024. However, I received it on 2/28/2024.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 04 2024
JEFFREY P. COLWELL
CLERK

I ask the court to understand that this is an ongoing Civil action involving Kansas DOC and not providing me with access to the Courts in Colorado and interfering with legal mail. I explained the issue to a judge here in Kansas and I am waiting for injunctive relief or a response to my Habeas here in Kansas under K.S.A. 76-3001, + 76, 3002, + K.SA-60-1501. I hope this letter gets to the court in Colorado and I am assuming it will since I showed the Kansas Courts that KDOC has been interfering with legal proceedings and mail, Due to being on an Interstate Corrections Compact my ability to give the court my location has been infringed on by KDOC and the Security behind an ICC. Please update my address to: Topeka Correctional Facility
815 SE Rice Rd. #129417
Topeka, Kansas 66607

Case No. 1:22 CV -02467-SKC

Letecia Stauch
[signature]
2/28/2024

Letecia Stauch #129417
TCF NB KDOC
815 SE R.ICE RD
TOpeka, KS 66607
Legal Mail
KANSAS CITY 640
29 FEB 2024 PM 2 L
FREEDOM
FOREVER / USA
U.S. District Court Colorado
901 19th Street
Denver, Colorado 80294
80294-250151
NOTICE! This correspondence was mailed from an institution operated by the Kansas Department of Corrections. Its contents are uncensored.
Legal Mail

