IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   22-cv-02467-SKC

LETECIA STAUCH,

    Plaintiff,

v.

EL PASO COUNTY,
L. STENGLE,
R. SNIPE,
WELLPATH, and
TRINTIY FOOD SERVICES

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (ECF No. 66) of U.S. District Judge S. Kato Crews entered on August 8, 2024, it is

ORDERED that judgment is entered in favor of the defendants and against the plaintiff.   It is

FURTHER ORDERED that this matter is dismissed without prejudice.

Dated at Denver, Colorado this 8th day of August, 2024.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By:   s/   C. Pearson
                                    Deputy Clerk